An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

COOPER TIRE & RUBBER COMPANY, A FOREIGN CORPORATION,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KATHLEEN E. DELANEY, DISTRICT JUDGE,

Respondents,

and

TENIA STOKES, INDIVIDUALLY AND AS SURVIVING SPOUSE AND AS SPECIAL ADMINISTRATOR AND HEIR OF THE ESTATE OF LEWIS CALEB STOKES, III, DECEASED; TENIA STOKES AS PARENT AND NATURAL GUARDIAN OF CHRISTOPHER STOKES, A MINOR, AS HEIR OF THE ESTATE OF LEWIS CALEB STOKES, III, DECEASED; TENIA STOKES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR AND HEIR OF THE ESTATE OF MICHAEL CALEB STOKES, DECEASED; TENIA STOKES AS PARENT AND NATURAL GUARDIAN OF CHRISTOPHER STOKES, A MINOR, AS HEIR OF THE ESTATE OF MICHAEL CALEB STOKES, DECEASED; JOANN K. PASSAR AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LAWRENCE CROFT, DECEASED; ALLEN HICKS, INDIVIDUALLY AND AS HEIR OF THE ESTATE OF LAWRENCE CROFT, DECEASED; AND TENIA STOKES AS HEIR OF THE

No. 66865

FILED

AUG 12 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-24355

ESTATE OF LAWRENCE CROFT,
DECEASED,

                    Real Parties in Interest.

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Kathleen E. Delaney, District Judge
       Lewis Roca Rothgerber LLP/Las Vegas
       Fulbright & Jaworski LLP/San Antonio
       Eglet Prince
       Eighth District Court Clerk